Wolf, Pennella & Stevens, LLP
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 451-4600
Fax (510) 451-3002
adam@wps-law.com

Counsel for Defendant
PEIWEN ZHOU

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEIWEN ZHOU,<br>AK SCIENTIFIC, INC,<br><br>　　　　Defendants. | No. CR 17-0091 JD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |

　　　　The above-captioned matter is currently set for a status conference on June 28, 2017. Based upon the information set forth below, the parties respectfully request that the Court continue this matter to September 13, 2017, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for effective preparation and continuity of counsel, as well as to allow the parties to confer regarding potential case resolution.

　　　　On March 22, 2017, the parties appeared before this Court for the initial District Court appearance. By that time, the government had produced a significant amount of discovery, including thousands of pages of reports and related documents, as well as millions of emails. Undersigned defense counsel has been diligently reviewing the discovery.

　　　　The parties have already begun discussions regarding resolution of the case. Moreover, and as part of those discussions, the parties are arranging for a site visit at AK Scientific, Inc. with the government (and investigators) related to Defendants' ongoing remediation of various business and

1  shipping practices. That visit has not yet been scheduled but that parties anticipate that it will happen
2  sometime in the middle of the summer. The proposed date provides the parties sufficient time to
3  complete discovery, conduct the site visit, and accommodate counsels' vacation and work obligations.
4         As such, the parties request that the status appearance be continued for the reasons set forth
5  above.
6         It is further stipulated that time be excluded through September 13, 2017, for effective
7  preparation and continuity of counsel.
8      **SO STIPULATED**:

Dated: June 23, 2017                              BRIAN STRETCH
                                                  UNITED STATES ATTORNEY


                                                  _____/s/_____
                                                  Waqar Hasib
                                                  Assistant United States Attorney


Dated: June 23, 2017                              _____/s/_____
                                                  Paul Wolf
                                                  Counsel for Peiwen Zhou


Dated: June 23, 2017                              _____/s/_____
                                                  Charles Woodson
                                                  Counsel for AK Scientific, Inc.


**SO ORDERED**:

Dated: June 27, 2017



APPROVED
Judge James Donato

STIPULATED REQUEST TO CONTINUE HEARING
CR 17-0091 JD